UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-24122-BLOOM/ELFENBEIN

SUPACAZ (TAIWAN) LTD. and
ANTHONY SINYARD,

    Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

## Declaration of Ka Lok Ng

I, Ka Lok Ng, of the City of Hong Kong, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am a manager of the Amazon store uxcell with Seller ID: A1THAZDOWP300U (the "Store"). I have access and control of the Store.

3. The Store is not associated or co-operated with any other defendants in this case.

4. The Store has been in operation since 2010, selling a variety of consumer product goods. The Store plans to continue operation in the foreseeable future and during the litigation, and will pay the judgment the court may award to Plaintiff, if any.

5.  After a diligent search of sale record and to the best of my knowledge, the Store sold 16 items of the accused product for $230.52 in the U.S. Attached as **Exhibit A** is a complete sale record of the accused product.

6.  As of November 21, 2024, the Store's Amazon account has a restrained amount of $2,451,416.90, **Exhibit B**. Amazon limited the Store's ability to withdraw any funds from the account, regardless of whether the amount is connected to the product at issue or from future incomes. The asset restraint substantially hinders the Store's ability to continue its operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this November 23, in Hong Kong, China.

_____

# Exhibit A

| date/time | type | order id | quantity | order city | order state | order postal | product sales | product sales tax |
|---|---|---|---|---|---|---|---|---|
| Oct 8, 2024 | Order | 112-95111! | 1 | SAN FRANCISCO | CA | 94109 | 9.99 | 0.8 |
| Oct 19, 202 | Order | 112-76857( | 1 | MIAMI | FL | 33131 | 9.99 | 0.7 |
| Sep 3, 2024 | Order | 113-88544. | 1 | WAUSAU | WI | 54401 | 17.99 | 0.99 |
| Sep 10, 202 | Order | 111-50247! | 1 | SOUTH ORANGE | NJ | 7079 | 15.49 | 0.95 |
| Sep 18, 202 | Order | 113-33570. | 1 | FORT WASHINGTON | MD | 20744 | 15.49 | 0.93 |
| Sep 29, 202 | Order | 112-26915( | 1 | SAN FRANCISCO | CA | 94109 | 13.72 | 1.1 |
| Aug 27, 201 | Order | 112-57718. | 1 | SAN FRANCISCO | CA | 94109 | 17.99 | 1.44 |
| Jul 3, 2024 | Refund | 111-93659 | 1 | VISTA | CA | 92084-3318 | -14.79 | -1.22 |
| Jul 6, 2024 | Order | 112-93154 | 1 | ATLANTA | GA | 30339-4668 | 14.79 | 0.84 |
| Jul 6, 2024 | Order | 113-00872. | 1 | HOUSTON | TEXAS | 77039-5709 | 15.59 | 1.29 |
| Jul 13, 202. | Order | 114-19188. | 1 | Hialeah Gardens | Fl | 33018 | 15.59 | 1.09 |
| Jul 23, 202. | Order | 114-10362. | 1 | BROOKLYN | NY | 11228-1612 | 15.59 | 1.38 |
| Jun 27, 202 | Order | 111-93659 | 1 | VISTA | CA | 92084-3318 | 14.79 | 1.22 |
| Jun 6, 2024 | Order | 114-89538. | 1 | CHICAGO | IL | 60651-1232 | 12.99 | 1.33 |
| May 15, 20 | Order | 113-99285( | 1 | MATTESON | IL | 60443-1502 | 12.99 | 0 |
| May 20, 20 | Order | 112-06764. | 1 | HOUSTON | TX | 77092-5344 | 12.99 | 1.07 |
| May 25, 20 | Order | 111-39538 | 1 | CARSON | CA | 90745-3826 | 13.99 | 1.43 |
|  |  |  |  |  |  |  | 215.18 | 15.34 |

**Total Sales:** 230.52

# Exhibit B

# Payments Dashboard



